**VMICHAEL N. FEUER**, City Attorney  (SBN 111529x)
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE,** Supervising Assistant City Attorney  (SBN 115453)
**COLLEEN R. SMITH**, Deputy City Attorney - **SBN 209719**
Email: Colleen.Smith@lacity.org
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA  90012
Phone No.: (213) 978-7027, Fax No.: (213) 978-8785

Attorneys for Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, ROBERT CALDERON AND JEFF MARES**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA ABREGO, individually and as Successor-in-Interest of Decedent Omar Abrego, OMAR JESUS ABERGO, a minor, individually and as Successor-in-Interest of Decedent Omar Abrego, NATHAN ANTHONY ABREGO, a minor, individually and as Successor-in-Interest of Decedent Omar Abrego, CHASITY ABREGO, a minor, individually and as Successor-in-Interest of Decedent Omar Abrego<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT; OFFICER ROBERT CALDERON; OFFICER JEFF MARES; SERGEANT TONYA DUMMAR, SERGEANT ERNEST BERRY, SERGEANT ISAIAS ORNELAS, OFFICER ALBERTO FUNES, OFFICER RENEE SANTOS, OFFICER ERIC QUACH, OFFICER ROBERT DEAMER, OFFICER SOCORRO LOZA, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.CV15-00039 BRO (JEMx)<br>*Hon. Beverly Reid O'Connell- Ctrm. 14, Spring St.*<br>*Hon. Mag. John E. McDermott- Ctrm. C, 8th Fl.*<br><br>**ANSWER OF DEFENDANTS CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, ROBERT CALDERON AND JEFF MARES TO PLAINTIFFS' THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

DEFENDANTS, **CITY OF LOS ANGELES, LOS ANGELES POLICE**

1

**DEPARTMENT, ROBERT CALDERON AND JEFF MARES** answer the Third Amended Complaint for Damages for themselves and for no other parties, admit, deny and allege as follows:

## "PARTIES"

1. Answering this paragraph, Defendants lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

2. Answering this paragraph, Defendants lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

3. Answering this paragraph, Defendants lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4. Answering this paragraph, Defendants lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5. Answering this paragraph, Defendants admit that it employs an Officer Calderon. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6. Answering this paragraph, Defendants admit that it employs an Officer Jeff Mares. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7. Answering this paragraph, Defendants admit that it employed a Sergeant Tonya Dummar at all relevant times. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that

basis deny the allegations.

8. Answering this paragraph, Defendants admit that it employed a Sergeant Ernest Berry at all relevant times. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering this paragraph, Defendants admit that it employed an Officer Alberto Funes at all relevant times. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10. Answering this paragraph, Defendants admit that it employed an Officer Rene Santos at all relevant times. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11. Answering this paragraph, Defendants admit that it employed an Officer Eric Quach at all relevant times. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12. Answering this paragraph, Defendants admit that it employed an Officer Robert Deamer at all relevant times. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13. Answering this paragraph, Defendants admit that it employed an Officer Isaias Ornelas at all relevant times. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///
///
///

14. Answering this paragraph, Defendants admit that it employed an Officer Socorro Loza at all relevant times. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15. Answering this paragraph, Defendants admit that the City of Los Angeles is a municipal corporation in the County of Los Angeles and State of California and that it employs police officers.

16. Answering this paragraph, Defendants admit that the Los Angeles Police Department is a department within the City of Los Angeles and that the City of Los Angeles employs police officers.

17. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "GOVERNMENTAL CLAIM"

19. Answering this paragraph, Defendants admit that a tort claim was filed on November 5, 2014 and that it was rejected on November 18, 2014. As to the remaining allegations, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "FACTUAL ALLEGATIONS"

20. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

21. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

27. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

28. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

29. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

30. Answering this paragraph and all of its subparts, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

32. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

34. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

35. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "FIRST CAUSE OF ACTION"

**VIOLATION OF FEDERAL CIVIL RIGHTS UNDER 42 U.S.C. §1983**

**(By Plaintiffs Against Defendants Officer Robert Calderon, Officer Jeff Mares, Sergeant Tonya Dummar, Sergeant Ernest Berry, Sergeant Isaias Ornelas, Officer Alberto Funes, Officer Renee Santos, Officer Eric Quach, Officer Robert Deamer, and Officer Socorro Loza and Does 1-10, inclusive)**

36. Answering this paragraph, which incorporates by reference the allegations of the preceding paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

37. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

38. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

39. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

40. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

41. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

42. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

43. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

44. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

45. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

46. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

47. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

48. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

49. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

50. Answering this paragraph and all of its subparts, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

51. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

52. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

53. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

55. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "SECOND CAUSE OF ACTION"
## (DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF LAW)
## [MONELL CLAIM]
## [42 U.S.C. §§1983, 1985, 1986 AND 1988]
## (Plaintiffs Against Defendants City of Los Angeles, Los Angeles Police Department and Does 1-10, inclusive)

56. Answering this paragraph, which incorporates by reference the allegations of the preceding paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

57. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

58. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

59. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

60. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

61. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

62. Answering this paragraph and all of its subparts, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

63. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

64. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "THIRD CAUSE OF ACTION"
## VIOLATION OF THE RALPH CIVIL RIGHTS ACTS UNDER CAL. CIV. CODE, §51.7
**(By Plaintiffs Against Defendants Officer Robert Calderon, Officer Jeff Mares, and Does 1-10, inclusive)**

65. Answering this paragraph, which incorporates by reference the allegations of the preceding paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

66. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

67. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

68. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

69. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

70. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "FOURTH CAUSE OF ACTION"
### VIOLATION OF THE BANE CIVIL RIGHTS ACTS UNDER CAL. CIV. CODE, §51.2
**(By Plaintiffs Against Defendants Officer Robert Calderon, Officer Jeff Mares, and Does 1-10, inclusive)**

71. Answering this paragraph, which incorporates by reference the allegations of the preceding paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

72. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

73. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "FIFTH CAUSE OF ACTION"
### WRONGFUL DEATH - NEGLIGENCE
### C.C.P. §377.60 AND 377.61
**(By Plaintiffs Against Defendants Officer Robert Calderon, Officer Jeff Mares, and Does 1-10, inclusive)**

74. Answering this paragraph, which incorporates by reference the allegations of the preceding paragraphs of the pleading, Defendants to the same extent incorporate by

reference the answers provided herein to those paragraphs.

75. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

76. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

77. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants alleges each of the following:

### FIRST AFFIRMATIVE DEFENSE TO THE THIRD AMENDED COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN

(Failure To State A Cause of Action)

1. Defendants allege that on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

### SECOND AFFIRMATIVE DEFENSE TO THE THIRD AMENDED COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN

(Qualified Immunity - Federal)

2. Defendants are protected from liability under the doctrine of qualified immunity because the alleged conduct of Defendants' employees did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## THIRD AFFIRMATIVE DEFENSE TO THE THIRD AMENDED COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN

(Qualified Immunities - State)

3. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: California Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4.

## FOURTH AFFIRMATIVE DEFENSE TO THE THIRD AMENDED COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN

(Statute of Limitations)

4. Some or all of Plaintiffs' claims may be barred by the Statute of Limitations.

## FIFTH AFFIRMATIVE DEFENSE TO THE THIRD AMENDED COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN

(Failure to Comply With California Tort Claims Act,
Government Code § 910 et seq)

5. Some or all of the state claims are barred for Plaintiffs' failure to comply with the provisions of the California Tort Claims Act, Government Code §§ 910 et seq.

## SIXTH AFFIRMATIVE DEFENSE TO THE THIRD AMENDED COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN

(Contributory Negligence By Decedent)

6. Defendants allege that the Decedent, Omar Abrego, was negligent in that he failed to use ordinary care, caution and prudence in and about the matters alleged in the Second Amended Complaint and in each cause of action therein. This answering Defendants further allege that the damages alleged were directly and proximately caused and contributed to by the negligence of the Decedent, Omar Abrego, and the extent of damages

sustained, if any, should be reduced in proportion to the amount of said negligence.

## SEVENTH AFFIRMATIVE DEFENSE TO THE THIRD AMENDED COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN

(Contributory Negligence By Other Persons)

7.  Defendants allege that the damages complained of by Plaintiffs, if any, were either wholly or in part directly and proximately caused by the negligence or other culpable conduct of other persons or entities other than this answering Defendants.  The damages alleged, if any, were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## EIGHTH AFFIRMATIVE DEFENSE TO THE THIRD AMENDED COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN

(Self-Defense)

8.  The force used against the decedent, if any, was caused and necessitated by the actions of the decedent, and was reasonable and necessary for self-defense.

WHEREFORE, Defendants pray for judgment as follows:

1. That plaintiffs take nothing by this action;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: May 5, 2016

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supervising Asst. City Attorney

By  /s/ *Colleen R. Smith*
**COLLEEN R. SMITH,** Deputy City Attorney
*Attorneys for Defendants* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, ROBERT CALDERON AND JEFF MARES**

## **DEMAND FOR JURY TRIAL**

Defendants hereby demands and requests a trial by jury in this matter.

DATED: May 5, 2016  **MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supervising Asst. City Attorney

By  /s/ *Colleen R. Smith*
       **COLLEEN R. SMITH,** Deputy City Attorney
*Attorneys for Defendants* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, ROBERT CALDERON AND JEFF MARES**