LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 15-00039 BRO (JEMx)** <br> **CV 15-01472 BRO (JEMx)** | Date | September 23, 2016 |
|---|---|---|---|
| Title | **MARIA TERESA ABREGO ET AL. V. CITY OF LOS ANGELES ET AL.** <br> **LILIA ABREGO FIGUEROA V. CITY OF LOS ANGELES ET AL** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE: JURY INSTRUCTIONS

On September 19, 2016, Plaintiffs filed their proposed jury instructions in this matter. (Dkt. No. 154.) Also on September 19, 2016, Defendants filed their objections to Plaintiffs' jury instructions. (Dkt. No. 152.) Defendants then filed their own requested jury instructions, (Dkt. No. 153), to which Plaintiffs objected, (Dkt. No. 159). Each filing violates this Court's standing order regarding the submission of proposed jury instructions. (*See* Dkt. No. 86.) Therefore, the Court **HEREBY STRIKES** the parties' jury instructions and ORDERS the parties to submit joint jury instructions and disputed jury instructions consistent with this Court's standing order. (Dkt. No. 86.) **THE PARTIES ARE TO FILE THE JOINT JURY INSTRUCTIONS AND DISPUTED JURY INSTRUCTIONS BY 9:00 a.m. on Monday, September 26, 2016**.

|     **IT IS SO ORDERED.** | : |
|---|---|
| | Initials of Preparer     rf |