1  **MICHAEL N. FEUER**, City Attorney - SBN 111529x
   **THOMAS H. PETERS,** Chief Assistant City Attorney - SBN 163388
2  **CORY M. BRENTE**, Assistant City Attorney – SBN 115453
   **COLLEEN R. SMITH**, Deputy City Attorney - SBN 209719
3  200 North Main Street
   City Hall East, 6th Floor
4  Los Angeles, CA  90012
   Telephone:  (213) 978-7027
5  Facsimile: (213) 978-8785
   E-mail: Colleen.Smith@lacity.org

Attorneys for Defendants **CITY OF LOS ANGELES, et al.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA ABREGO, individually and as Successor-in-Interest of Decedent Omar Abrego, OMAR JESUS ABERGO, a minor, individually and as Successor-in-Interest of Decedent Omar Abrego, NATHAN ANTHONY ABREGO, a minor, individually and as Successor-in-Interest of Decedent Omar Abrego, CHASITY ABREGO, a minor, individually and as Successor-in-Interest of Decedent Omar Abrego<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>　　　　　　Defendants. | CASE NO. CV15-00039 BRO (JEMx)<br>*Hon. Beverly Reid O'Connell- Ctrm. 14, Spring St.*<br>*Hon. Mag. John E. McDermott - Ctrm. C, 8th Fl.*<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**<br><br>**[Filed concurrently with [Proposed] Order]** |

**TO THE ABOVE-ENTITLED COURT:**

Please take notice that Plaintiffs MARIA TERESA ABREGO, et al., and their attorneys, Boris Treyzon and Fred Sayre, have settled this matter with Defendants CITY OF LOS ANGELES, et al., as it relates to the verdict and Abir Cohen Treyzon Salo, LLP's attorney's fees.  The settlement is subject to the approval process of the Los Angeles City Council (which generally takes approximately twelve to fourteen weeks to complete), and upon such approval, the settlement

1

amount shall be disbursed in accordance with the amounts and terms set forth in the settlement agreement between the parties in this matter.

Thus, the parties hereby stipulate that no judgment be entered in this matter and that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this matter shall be dismissed in its entirety with prejudice.  This dismissal does not constitute an adjudication on the merits.  This settlement and dismissal have no effect on the verdict as it relates to the matter of *Lilia Abrego Figueroa v. City of Los Angeles, et al.*, CV15-01472 BRO (JEMx).

The parties further stipulate that this settlement does not bar Plaintiffs' attorney of record, Steven Lehrman, from filing a motion concerning his request for attorney's fees or from filing a bill of costs in connection with the verdict in this matter.  Any motion for attorney's fees filed by Mr. Lehrman shall be within 14 days (or by another date determined by the Court) of the Court's order on this issue.  Defendants shall file their opposition to Mr. Lehrman's motion for attorney's fees within 14 days thereafter.

**IT IS SO STIPULATED.**

Dated: May 1, 2017            **TREYZON & ASSOCIATES**

By  _/s/ Boris Treyzon_____
    **FREDERICO SAYRE, Esq.**
    **BORIS TREYZON, Esq.**
*Attorney for Plaintiffs* **MARIA TERESA ABREGO, et al.**

Dated: May 1, 2017            **MICHAEL N. FEUER**, City Attorney
                              **THOMAS H. PETERS,** Chief Assistant City Attorney
                              **CORY M. BRENTE**, Assistant City Attorney

By:  __/s/ Colleen R. Smith_____
     **COLLEEN R. SMITH**, Deputy City Attorney
*Attorneys for Defendant* **CITY OF LOS ANGELES, et al.**