# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA ABREGO, individually and as Successor-in-Interest of Decedent Omar Abrego, OMAR JESUS ABERGO, a minor, individually and as Successor-in-Interest of Decedent Omar Abrego, NATHAN ANTHONY ABREGO, a minor, individually and as Successor-in-Interest of Decedent Omar Abrego, CHASITY ABREGO, a minor, individually and as Successor-in-Interest of Decedent Omar Abrego<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | CASE NO. CV15-00039 BRO (JEMx)<br>*Hon. Beverly Reid O'Connell- Ctrm. 14, Spring St.*<br>*Hon. Mag. John E. McDermott - Ctrm. C, 8th Fl.*<br><br>**ORDER RE: JOINT NOTICE OF SETTLEMENT AND GRANTING STIPULATION OF DISMISSAL** |

**TO THE ABOVE-ENTITLED COURT:**

Pursuant to the stipulation of the Plaintiffs MARIA TERESA ABREGO, et al., and their attorneys, Boris Treyzon and Fred Sayre, that they have settled this matter with Defendants CITY OF LOS ANGELES, et al., as it relates to the verdict and Abir Cohen Treyzon and Salo LLP's attorney's fees, no judgment shall be entered in this matter. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this matter shall be dismissed against all Defendants in its entirety with prejudice. This dismissal

1

does not constitute an adjudication on the merits. This settlement and dismissal have no effect on the verdict as it relates to the matter of *Lilia Abrego Figueroa v. City of Los Angeles, et al.*, CV15-01472 BRO (JEMx).

In addition, upon approval of the settlement, which is subject to the approval process of the Los Angeles City Council, the settlement monies shall be disbursed in accordance with the amounts and terms set forth in the settlement agreement between the parties in this matter.

Pursuant to the stipulation of the parties, Plaintiffs' attorney of record, Steven Lehrman, may file a motion concerning his request for attorney's fees and/or file a bill of costs in connection with the verdict in this matter. Any motion for attorney's fees filed by Mr. Lehrman shall be within seven (7) within of this order. Defendants shall file their opposition to Mr. Lehrman's motion for attorney's fees within seven (7) days thereafter.

IT IS SO ORDERED.

DATED: May 3, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge